**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Vincent A. Tortorello** | Social Security number or ITIN  xxx–xx–0580 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | Date case filed for chapter  13   10/25/19 |
| Case number: | **19–30367** | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Vincent A. Tortorello | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2717 Elizabeth Ave.<br>Zion, IL 60099 | |
| 4. | **Debtor's attorney**<br>Name and address | David M Siegel<br>David M. Siegel & Associates<br>790 Chaddick Drive<br>Wheeling, IL 60090 | Contact phone 847 520–8100<br>Email: davidsiegelbk@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Glenn B Stearns<br>801 Warrenville Road Suite 650<br>Lisle, IL 60532 | Contact phone 630–981–3888 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br>Contact phone 1–866–222–8029<br>Date: 10/28/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 25, 2019 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number**. | **Location:**<br>**301 Greenleaf Avenue, Courtroom B, Park City, IL 60085** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 1/24/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 1/3/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/22/20** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**12/20/19** at **11:00 AM** , Location: **301 Greenleaf Avenue, Courtroom B, Park City, IL 60085**<br><br>**The Disclosure of Compensation has been filed. The attorney for the debtor is requesting fees of $ 4000.00**<br>Objections to confirmation of the Plan shall be filed at least 7 days prior to the confirmation hearing. If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 19-30367-ABG
Vincent A. Tortorello                                                 Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: rruiz1           Page 1 of 2           Date Rcvd: Oct 28, 2019
                              Form ID: 309I          Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 30, 2019.
db          +Vincent A. Tortorello,    2717 Elizabeth Ave.,    Zion, IL 60099-2718
tr          +Glenn B Stearns,    801 Warrenville Road Suite 650,    Lisle, IL 60532-4350
28325369    +Aberon Fund,    1338 Foothill Drive, #129,    Salt Lake City, UT 84108-2321
28325370     Applied Bank,    Bankruptcy Department,    PO Box 2449,    Gig Harbor, WA 98335-4449
28325374    +Citi Student Loan,    PO Box 95,    Sioux Falls, SD 57101-0095
28325375    +City of Zion Police Dept.,    2101 Salem Blvd.,    Zion, IL 60099-2298
28325380    +Dimon Homes, LLC,    1325 Linden Avenue,    Waukegan, IL 60085-1860
28325384    +Golden Valley Loan,    635 E Highway 20 E,    Upper Lake, CA 95485-8793
28325385    +Heigths Finance,    Bankruptcy Department,    169 Thunderbird Lane,    East Peoria, IL 61611-1486
28325388     Lake County Clerk,    18 N. County St. #101,    Waukegan, IL 60085-4364
28325391    +Lake County Treasurer,    Attn:P Bankruptcy Clerk,    2293 North Main Street,
              Crown Point, IN 46307-1854
28325395    +New Zion Currency Exchange Ii,    2384 Sheridan Rd,    Zion, IL 60099-2409
28325396    +North Shore Gas,    Bankruptcy Department,    200 E. Randolph Street,    Chicago, IL 60601-6433
28325402     Resurgent Capital Services,    Bankruptcy Department,    PO Box 10368,
              Greenville, SC 29603-0368
28325403    +Round Lake Beach Police Dept.,    1947 N. Municipal Way,    Round Lake Beach, IL 60073-4915
28325405    +Stratford Career Institute,    1010 Vermont Avenue NW,,    Suite 805,    Washington, DC 20005-4957
28325407    ++U S DEPARTMENT OF EDUCATION,    P O BOX 5609,    GREENVILLE TX 75403-5609
             (address filed with court:   US Department of Education,     PO Box 7202,    Utica, NY 13504-7202)
28325408    +Village of Skokie,    5127 Oakton Street,    Skokie, IL 60077-3600

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: davidsiegelbk@gmail.com Oct 29 2019 02:13:56      David M Siegel,
              David M. Siegel & Associates,    790 Chaddick Drive,    Wheeling, IL  60090
ust         +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Oct 29 2019 02:15:41      Patrick S Layng,
              Office of the U.S. Trustee, Region 11,    219 S Dearborn St,    Room 873,
              Chicago, IL 60604-2027
28325371     EDI: APPLIEDBANK.COM Oct 29 2019 05:53:00      Applied Bank,    4700 Exchange Court,
              Boca Raton, FL 33431-0966
28325372     EDI: CAPITALONE.COM Oct 29 2019 05:53:00      Cap One,   15000 Capital One Dr,
              Richmond, VA 23238
28325373    +EDI: CAPITALONE.COM Oct 29 2019 05:53:00      Cap One,   10700 Capital One Way,
              Richmond, VA 23060-9243
28325376    +E-mail/Text: bankruptcy@cjdm.legal Oct 29 2019 02:17:28      Cohen Jutla Dovitz Makowka LLC,
              10729 W 159th St,    Orland Park, IL 60467-4531
28325377    +E-mail/Text: Collections@myconsumers.org Oct 29 2019 02:15:18      Consumers Coop Cred Un,
              2750 Washington St,    Waukegan, IL 60085-4900
28325378    +EDI: CCS.COM Oct 29 2019 05:53:00      Credit Collection Serv,    725 Canton St,
              Norwood, MA 02062-2679
28325379    +EDI: CRFRSTNA.COM Oct 29 2019 05:53:00      Credit First Nat'l Assoc.,    PO Box 818011,
              Cleveland, OH 44181-8011
28325381     EDI: ECMC.COM Oct 29 2019 05:53:00      ECMC,   PO Box 16408,    Saint Paul, MN 55116-0408
28325383    +EDI: AMINFOFP.COM Oct 29 2019 05:53:00      First Premier Bank,    3820 N. Louise Ave.,
              Sioux Falls, SD 57107-0145
28325382    +EDI: AMINFOFP.COM Oct 29 2019 05:53:00      First Premier Bank,    Bankruptcy Department,
              PO Box 5523,    Sioux Falls, SD 57117-5523
28325386     EDI: JEFFERSONCAP.COM Oct 29 2019 05:53:00      Jefferscnp (Jefferson Capital Syste,
              Bankruptcy Department,    16 McLeland Rd.,    Saint Cloud, MN 56303
28325389    +E-mail/Text: treasurer@lakecountyil.gov Oct 29 2019 02:14:01      Lake County Collector,
              18 N. County St., Suite 102,    Waukegan, IL 60085-4364
28325390    +E-mail/Text: treasurer@lakecountyil.gov Oct 29 2019 02:14:01      Lake County Treasurer,
              18 N. County St., 1st Floor,    Room 102,    Waukegan, IL 60085-4361
28325392    +E-mail/Text: mprice@magesandprice.com Oct 29 2019 02:17:14      Mage & Price,
              1110 W Lake Cooke Rd,    Buffalo Grove, IL 60089-1944
28325393    +E-mail/PDF: MerrickBKNotifications@Resurgent.com Oct 29 2019 02:20:06      Merrick Bank,
              10705 S. Jordan Gtwy Ste. 200,    South Jordan, UT 84095-3977
28325394    +EDI: MID8.COM Oct 29 2019 05:53:00      Midland Funding,    2365 Northside Dr Ste 30,
              San Diego, CA 92108-2709
28325397    +E-mail/Text: ucmail@northshorewrd.org Oct 29 2019 02:15:19      North Shore Sanitary District,
              PO Box 750,    WM. Koepsel Dr.,    Gurnee, IL 60031-0750
28325399     EDI: PRA.COM Oct 29 2019 05:53:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
              Norfolk, VA 23541
28325398    +EDI: PRA.COM Oct 29 2019 05:53:00      Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,
              Norfolk, VA 23502-4952
28325400    +E-mail/Text: ecfbankruptcy@progleasing.com Oct 29 2019 02:16:12      Progressive,
              11629 S 700 E,   Suite 250,    Draper, UT 84020-8399
28325401     EDI: Q3G.COM Oct 29 2019 05:53:00      Quantum3 Group,   P.O. Box 788,    Kirkland, WA 98083-0788
28325404    +EDI: DRIV.COM Oct 29 2019 05:53:00      Santander Consumer Usa,    Po Box 961245,
              Ft Worth, TX 76161-0244
28329236    +EDI: RMSC.COM Oct 29 2019 05:53:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
              PO Box 41021,    Norfolk, VA 23541-1021
28325406     EDI: BANKAMER.COM Oct 29 2019 05:53:00      The Bank of New York Mellon,    P.O. Box 31785,
              Tampa, FL 33631-3785

```
District/off: 0752-1          User: rruiz1              Page 2 of 2              Date Rcvd: Oct 28, 2019
                              Form ID: 309I             Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
                                                                                          TOTAL: 26

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
28325387        Jennips Tortorello
                                                                           TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2019 at the address(es) listed below:
```
            David M Siegel    on behalf of Debtor 1 Vincent A. Tortorello davidsiegelbk@gmail.com,
             R41057@notify.bestcase.com;johnellmannlaw@gmail.com
            Glenn B Stearns    stearns_g@lisle13.com
            Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                          TOTAL: 3
```