Form G-15

UNITED STATES BANKRUPTCY COURT
Northern District of Illinois
EASTERN DIVISION

219 S. Dearborn Street, Room 713, Chicago, IL 60604

CHANGE OF ADDRESS – **CREDITOR**

**If completed by an attorney, this form must be filed electronically in CM/ECF.**
**This form cannot be used to change the name of a creditor.**

In re: Vincent A. Tortorello             Case Number: 19-30367
                                          Chapter: 13

Check which type of address change is being requested:

☐ Notice only    ◯ Payment only    ☑ Notice & Payment

Creditor's Name: The Bank Of New York Mellon FKA The Bank Of New York, As Trustee For The Certificateholders CWALT, Inc., Alternative Loan Trust 2006-35CB, Mortgage Pass-Through Certificates, Series 2006-35CB

Enter related claim number(s) if any:              Dollar Amount: $

Previous Notice Address:                           New Notice Address:
NewRez LLC DBA Shellpoint Mortgage                 Bank of America, N.A.
Servicing                                          P.O. Box 31785
PO Box 10826                                       Tampa, FL 33631-3785
Greenville, SC 29603-0826

Previous Payment Address:                          New Payment Address:
NewRez LLC DBA Shellpoint Mortgage                 Bank of America, N.A.
Servicing                                          P.O. Box 660933
PO Box 10826                                       Dallas, TX 75266-0933
Greenville, SC 29603-0826

Change requested by:   Pinju Chiu, Attorney
(Printed name and title)
                       Mailing Address
                       P.O. Box 740
                       Decatur, IL 62525

Creditor Phone Number: 800-669-6607
Creditor Email Address:
                Signature and Date
                /s/ Pinju Chiu       06/30/2020

Under penalty of perjury, I declare that the information I have provided in this form is true and correct and I am authorized to execute this form on behalf of the creditor.

This notice is provided pursuant to 11 USC § 342 (e)(1), and the address provided above supersedes any previous address provided for this creditor in this case.

Revised 1/24/19

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 19-30367 |
| Vincent A. Tortorello, | Chapter 13 |
| Debtor. | Honorable A. Benjamin Goldgar |

### CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that I served a copy of the above instrument filed on June 30, 2020, upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on June 30, 2020, and as to the Debtor by mailing same in a properly addressed envelope, postage prepaid by depositing said envelope in a U. S. Post Office Mail Box, Decatur, Illinois 62523 before the hour of 5:00 p.m. on the 30th day of June, 2020.

**Service by Mail:**

Vincent A. Tortorello
2717 Elizabeth Ave.
Zion, IL 60099

**Service by Electronic Notice through ECF:**

| David M Siegel | Glenn B. Stearns | Patrick S. Layng |
|---|---|---|
| David M. Siegel & Associates | 801 Warrenville Road, Suite 650 | United States Trustee (Region 11) |
| 790 Chaddick Drive | Lisle, IL 60532 | 219 S. Dearborn Street Room 873 |
| Wheeling, IL 60090 | | Chicago, IL 60604 |

*/s/ Pinju Chiu*
Pinju Chiu

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
AMANDA J. WIESE (#6320552)
CHERYL CONSIDINE (#6242779)
PINJU CHIU (#6329542)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Email: bkdept@hsbattys.com
Telephone: (217) 422-1719
Facsimile: (217) 422-1754