UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| | Case No. 19-30367 |
| Vincent A. Tortorello | Judge A. Benjamin Goldgar |
| Debtor. | |

## NOTICE OF OBJECTION

DIMON HOMES, LLC objects to the Objection to Notices of Postpetition Fees filed by Dimon Homes, LLC and Motion to Disallow Post-Petition fees, filed as Document 42.

Respectfully submitted,

DIMON HOMES, LLC

By: /s/ Ashley K. Rasmussen
One of Its Attorneys

Cohen Dovitz Makowka, LLC
Ashley K. Rasmussen
Attorney No. 6308095
10729 West 159th Street
Orland Park, Il 60467
(708) 460-7711
Bankruptcy@cdm.legal