UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| | Case No. 19-30367 |
| Vincent A. Tortorello | Judge A. Benjamin Goldgar |
| Debtor. | Hearing Date: January 10, 2020 |
| | Hearing Time: 11:00 A.M. |

RESPONSE OF DIMON HOMES, LLC TO DEBTOR'S OBJECTION TO NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES

NOW COMES Dimon Homes, LLC (hereinafter referred to as "Dimon"), a secured creditor herein, by and through its attorneys, Cohen Dovitz Makowka, LLC, and in support of its Response to the Debtor's Objection to Notices of Postpetition Mortgage Fees, Expenses and Charges by Dimon Homes, LLC, states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. Section 1334.

2. On October 25, 2019, Vincent A. Tortorello, the Debtor, filed a petition for relief under Chapter 13 of the Bankruptcy Code.

3. Dimon is the owner and holder of a note (the "Note") dated January 27, 2011 in the original principal amount of Twenty-Eight Thousand and One-Hundred Twenty-Five and NO/100ths ($28,125.00) Dollars executed by Debtor and secured by a mortgage (the "Mortgage") against the real property commonly known as 38569 N. Sheridan Road, Unit 504, Beach Park, Illinois 60099 (the "Property").

4. On December 13, 2019, Dimon filed a Proof of Claim in the total amount of $52,416.09 [Claim No. 5].

5. On January 31, 2020, this Court entered an Order Confirming Plan [Dkt. No. 39] confirmed the Debtor's Amended Chapter 13 Plan [Dkt. No. 35].

6. On February 6, 2020, Dimon filed an Amended Proof of Claim in the total amount of $51,589.15.

7. On February 12, 2020, Dimon filed a Notice of Postpetition Mortgage Fees, Expenses, and Charges in the amount of $4,785.00 for attorneys' fees paid on November 18, 2019, December 16, 2019, and January 13, 2020. Said total sum is based on attorneys' fees paid by Dimon on the dates set forth in said Notice. True and correct copies of said payments are attached hereto as **Exhibit A**.

8. On June 19, 2020, Dimon filed a Notice of Postpetition Mortgage Fees, Expenses, and Charges in the amount of $2,995.00 for attorneys' fees paid on February 10, 2020 and May 11, 2020. Said total sum is based on attorneys' fees paid by Dimon on the

1

dates set forth in said Notice. True and correct copies of said payments are attached hereto as **Exhibit B**.

9. On June 24, 2020, the Debtor filed his Objection to Notices of Postpetition Mortgage Fees, Expenses and Charges by Dimon Homes, LLC [Dkt. No. 42] objecting to the Notices filed on February 12th and June 19th on the basis that the attorneys' fees claimed therein are excessive and unwarranted.

10. "Upon a debtor filing a motion to determine mortgage fees, expenses, and charges pursuant to § 1322(e), the Court must look to the underlying agreement and applicable nonbankruptcy law to determine if the amounts are permissible. The 'reasonableness standard' applied under § 506(b) challenges does not apply to postpetition fees, expenses, and charges necessary to cure a default as § 1322(e) explicitly excepts § 506(b) from consideration. Instead, the underlying agreement and applicable nonbankruptcy law are determinative. Fed. R. Bankr. P. 3002.1(e)." *In re Mandeville*, 596 B.R. 750, 754 (Bankr. N.D. Ala. 2019); citing *In re England*, 586 B.R. 795, 799 (Bankr. M.D. Ala. 2018).

11. Paragraph 14 of the Amended and Restated Mortgage [Claim No. 5, Part 3, p. 31] provides that Dimon may charge the Debtor for attorneys' fees for services performed in connection with Debtor's default and for purposes of protecting Dimon's interest in the Property and rights under the security instrument.

12. Attached hereto as **Exhibit C**, are true and correct of the invoices issued by counsel for Dimon for those attorneys' fees paid by Dimon postpetition. Dimon submits that said attorneys' fees incurred are reasonable given the work performed by Dimon's counsel as set forth in said invoices. Dimon's principal business does not involve mortgage lending and Dimon is inexperienced in the area of mortgage servicing, particularly as it pertains to default servicing. As such, counsel for Dimon was required to undertake extensive review of Dimon's payment records in order to accurate set forth the amount of debt owed by the Debtor.

13. "The determination of reasonableness is a matter for the trial court's discretion. *Mercado v. Calumet Federal Savings & Loan Ass'n,* 196 Ill.App.3d 483, 493, 143 Ill.Dec. 370, 554 N.E.2d 305, 312 (1990). The party seeking fees has the burden of presenting the court with sufficient evidence from which it can determine the reasonableness of the fees. *Mercado,* 196 Ill.App.3d at 493, 143 Ill.Dec. 370, 554 N.E.2d at 312. However, attorney fees may be reasonable even if the fees are disproportionate to the monetary amount of an award. In determining the reasonableness of the fee, the court may look to various factors including: (1) the skill and standing of the attorney, (2) the nature of the case, (3) the novelty of the issues involved, (4) the significance of the case, (5) the degree of responsibility required, (6) the customary charges for comparable services, (7) the benefit to the client, and (8) the reasonable connection between the fees sought and the amount involved in the litigation. *Mercado,* 196 Ill.App.3d at 493, 143 Ill.Dec. 370, 554 N.E.2d at 312." *J.B. Esker & Sons, Inc. v. Cle-Pa's Partnership*, 325 Ill. App. 3d 276, 283, 757 N.E.2d 1271, 1277 (5th Dist. 2001).

14. Dimon submits that it meets all criteria set forth in *J.B. Esker & Sons* for the attorneys' fees set forth in the Notices of Postpetition Mortgage Fees, Expenses and Charges to be deemed reasonable.

15. As such, the Debtor's Objection must be overruled and the Notices of Postpetition Mortgage Fees, Expenses and Charges filed by Dimon on February 12, 2020 and June 19, 2020 be allowed to stand.

WHEREFORE, Dimon Homes, LLC requests that the Debtor's Objection to Notices of Postpetition Mortgage Fees, Expenses and Charges by Dimon Homes, LLC be overruled and denied, and for such other and further relief as is just under the circumstances.

Respectfully submitted,

Dimon Homes, LLC

By: /s/ Jeffrey B. Dovitz

Cohen Dovitz Makowka, LLC
Jeffrey B. Dovitz
Attorney No. 6288119
10729 West 159th Street
Orland Park, Il 60467
(708) 460-7711
Bankruptcy@cdm.legal



Dimon Homes, LLC / RENT ACCOUNT                                                             2511

Cohen Dovitz Jutla Makowka, LLC

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 11/18/2019 | Bill | 10453 | 860.00 | 860.00 | | 860.00 |
| 11/18/2019 | Bill | 10424 | 915.00 | 915.00 | | 915.00 |
| | | | | | Check Amount | 1,775.00 |

Dimon Homes Rent x                                                                          1,775.00

**EXHIBIT A**

Dimon Homes, LLC
RENT ACCOUNT
218 N. County Road
Waukegan, IL 60085

Fifth Third Bank
Waukegan Sunset
70-2390/719

2512

12/16/2019

PAY TO THE ORDER OF __Cohen Dovitz Jutla Makowka, LLC__ | $ **1,575.00

__One Thousand Five Hundred Seventy-Five and 00/100***********__ DOLLARS

Cohen Dovitz Jutla Makowka, LLC
10729 W. 159th Street
Orland Park, IL 60467

MEMO 34514 10559
Tortorello Bankruptcy

VOID AFTER 90 DAYS.

AUTHORIZED SIGNATURE

Details on Back. Photo Safe Deposit

Dimon Homes, LLC / RENT ACCOUNT          2512

Cohen Dovitz Jutla Makowka, LLC

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 12/16/2019 | Bill | 10559 | 1,575.00 | 1,575.00 | 12/16/2019 | 1,575.00 |
| | | | | | Check Amount | 1,575.00 |

Dimon Homes Rent x    Tortorello Bankruptcy                                    1,575.00

**EXHIBIT A**



Dimon Homes Rent x    Tortorello Foreclosure      1,435.00

**EXHIBIT A**

**Dimon Homes, LLC**
RENT ACCOUNT
218 N. County Road
Waukegan, IL 60085

2519

Fifth Third Bank
Waukegan Sunset
70-2390/719

PAY TO THE ORDER OF   Cohen Dovitz Jutla Makowka, LLC                    2/10/2020

Nine Hundred Thirty and 00/100 ************************************    $ **930.00

Cohen Dovitz Jutla Makowka, LLC
10729 W. 159th Street
Orland Park, IL 60467

MEMO  Tortorello                              AUTHORIZED SIGNATURE

3514873                  ⑆00 2519⑆

VOID AFTER 90 DAYS.
DOLLARS
Details on Back.    Photo Safe Deposit®

---

Dimon Homes, LLC / RENT ACCOUNT                                          2519

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 2/10/2020 | Bill | 10873 | 930.00 | 930.00 | | 930.00 |

Cohen Dovitz Jutla Makowka, LLC                              2/10/2020    Check Amount    930.00

Dimon Homes Rent x   Tortorello                                                            930.00

**EXHIBIT B**



Dimon Homes, LLC / RENT ACCOUNT

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| | | | | | 5/11/2020 | 4207 |
| 5/11/2020 | Bill | 11346 | 2,065.00 | 2,065.00 | | 2,065.00 |
| | | | | Check Amount | | 2,065.00 |

Dimon Homes Rent x    Tortorello    2,065.00

**EXHIBIT B**



10729 W. 159th Street
Orland Park, IL 60467
Phone: (708) 460-7711
Fax: (847) 807-3777
Email: info@cdm.legal

Invoice # 10453
Date: 10/25/2019
Due Upon Receipt

Dimon Homes, LLC
218 N. County St.
Waukegan, IL 60085

**00844-Dimon Homes, LLC**
**Dimon Homes, LLC v. Tortorello, Vincent and Jennifer; Foreclosure for Lender; Lake County Case No. 17 CH 1585; Property Address 2717 Elizabeth Ave., Zion, IL 60099**

| Date | Billed By | Description of Expense Incurred | Hours | Billing Rate | Total |
|---|---|---|---|---|---|
| 10/18/2019 | SLM | Contacted Lake County Clerk for amount necessary to redeem 2015 and 20-16 taxes; Contacted Lake County Treasurer for amount due for 2017 and 2018 unpaid installments; sent email to client with amounts due and due dates; Revised Affidavit of Amounts Due. | 1.60 | $275.00 | $440.00 |
| 10/21/2019 | JBD | Revised affidavit of amounts due and owing. | 1.60 | $275.00 | $440.00 |
| 10/21/2019 | JBD | Phone conversation with Tim Peres regarding redemption of sold taxes and affidavit of amounts due and owing. | 0.30 | $275.00 | $82.50 |
| 10/22/2019 | JBD | Redeemed 2015 and 2016 sold taxes at Lake County Clerk's office. | 1.00 | $275.00 | $275.00 |
| 10/23/2019 | JBD | Completed drafting affidavit of prove-up, prepared exhibits for affidavit, and emailed to client for review and signature. | 1.00 | $275.00 | $275.00 |

|  |  |
|---|---|
| Subtotal | $1,512.50 |
| Total | $1,512.50 |
| Payment (11/16/2019) | -$652.50 |
| Payment (11/29/2019) | -$860.00 |
| **Balance Owing** | **$0.00** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 10453 | 10/25/2019 | $1,512.50 | $1,512.50 | $0.00 |

Page 1 of 2



**EXHIBIT C**

Please make all amounts payable to: Cohen Dovitz Makowka, LLC

**EXHIBIT C**



10729 W. 159th Street
Orland Park, IL 60467
Phone: (708) 460-7711
Fax: (847) 807-3777
Email: info@cdm.legal

Invoice # 10424
Date: 11/01/2019
Due Upon Receipt

Dimon Homes, LLC
218 N. County St.
Waukegan, IL 60085

**03451-Dimon Homes, LLC**
Ch 13 BK; DIMON HOMES, LLC; Debtors: Tortorello, Vincent; 19 B 30367; Related Foreclosure CDM #00844, 17 CH 1585; Trustee: Glenn Stearns; Property: 2717 Elizabeth Ave., Zion, IL 60099

| Date | Billed By | Description of Expense Incurred | Hours | Billing Rate | Total |
|---|---|---|---|---|---|
| 10/28/2019 | JBD | Drafted and e-filed appearance for Dimon Homes. | 0.30 | $350.00 | $105.00 |
| 10/28/2019 | JBD | Setup file in Clio, reviewed bankruptcy docket report, and downloaded all filings of record. | 0.70 | $350.00 | $245.00 |
| 10/28/2019 | JBD | Reviewed bankruptcy petition, schedules, statement of current monthly income, and plan compared to prior bankruptcy filing. | 0.80 | $350.00 | $280.00 |
| 10/29/2019 | JBD | Email correspondence to client with filings from new bankruptcy case and comparison to prior bankruptcy filings. | 0.30 | $350.00 | $105.00 |
| 10/29/2019 | JBD | Email correspondence to debtor's attorney regarding errors to bankruptcy schedules and plan. | 0.40 | $350.00 | $140.00 |
| 11/01/2019 | AKR | Bankruptcy - Case Monitoring: Received and reviewed order continuing 341 creditors meeting, received, reviewed, and calendared Motion to Extend Automatic Stay | 0.20 | $200.00 | $40.00 |

|  |  |
|---|---|
| Subtotal | $915.00 |
| Total | $915.00 |
| Payment (11/29/2019) | -$915.00 |
| **Balance Owing** | **$0.00** |

# Detailed Statement of Account

#### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 11497 | 07/01/2020 | $880.00 | $0.00 | $880.00 |

Page 1 of 2



**EXHIBIT C**

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 10424 | 11/01/2019 | $915.00 | $915.00 | $0.00 |
| | | | **Outstanding Balance** | **$880.00** |
| | | | **Amount in Trust** | **$0.00** |
| | | | **Total Amount Outstanding** | **$880.00** |

Please make all amounts payable to: Cohen Dovitz Makowka, LLC

**EXHIBIT C**



10729 W. 159th Street
Orland Park, IL 60467
Phone: (708) 460-7711
Fax: (847) 807-3777
Email: info@cdm.legal

Invoice # 10559
Date: 12/01/2019
Due Upon Receipt

Dimon Homes, LLC
218 N. County St.
Waukegan, IL 60085

**03451-Dimon Homes, LLC**
Ch 13 BK; DIMON HOMES, LLC; Debtors: Tortorello, Vincent; 19 B 30367; Related Foreclosure CDM #00844, 17 CH 1585; Trustee: Glenn Stearns; Property: 2717 Elizabeth Ave., Zion, IL 60099

| Date | Billed By | Description of Expense Incurred | Hours | Billing Rate | Total |
|---|---|---|---|---|---|
| 11/15/2019 | JBD | Appeared in court for debtor's motion to extend enforcement of stay. Due to client's objection to motion, motion set for hearing on 11/22/19. Client advised of same via email. | 1.00 | $350.00 | $350.00 |
| 11/15/2019 | JBD | Confirmed lack of post-petition payments and prepared for court hearing on motion to extend automatic stay. | 0.50 | $350.00 | $175.00 |
| 11/20/2019 | JBD | Initial draft of proof of claim and supporting documents. | 1.20 | $350.00 | $420.00 |
| 11/21/2019 | JBD | Phone call with Tim Peres to discuss debtor's no miss offer. Client agreed to entry of no miss order and confirmed address for payments. | 0.40 | $350.00 | $140.00 |
| 11/21/2019 | JBD | Email correspondence with debtor's attorney regarding no miss order. | 0.20 | $350.00 | $70.00 |
| 11/21/2019 | JBD | Drafted agreed no miss order to resolve objection to motion to extend the automatic stay. | 1.00 | $350.00 | $350.00 |
| 11/25/2019 | JBD | Email correspondence to client detailing 11/22/19 court order. | 0.20 | $350.00 | $70.00 |

|  |  |
|---|---|
| **Subtotal** | **$1,575.00** |
| **Total** | **$1,575.00** |
| **Payment (01/01/2020)** | **-$1,575.00** |
| **Balance Owing** | **$0.00** |

## Detailed Statement of Account

#### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 11497 | 07/01/2020 | $880.00 | $0.00 | $880.00 |

Page 1 of 2



**EXHIBIT C**

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 10559 | 12/01/2019 | $1,575.00 | $1,575.00 | $0.00 |
| | | | **Outstanding Balance** | **$880.00** |
| | | | **Amount in Trust** | **$0.00** |
| | | | **Total Amount Outstanding** | **$880.00** |

Please make all amounts payable to: Cohen Dovitz Makowka, LLC

**EXHIBIT C**



10729 W. 159th Street
Orland Park, IL 60467
Phone: (708) 460-7711
Fax: (847) 807-3777
Email: info@cdm.legal

Invoice # 10711
Date: 01/01/2020
Due Upon Receipt

Dimon Homes, LLC
218 N. County St.
Waukegan, IL 60085

**03451-Dimon Homes, LLC**
Ch 13 BK; DIMON HOMES, LLC; Debtors: Tortorello, Vincent; 19 B 30367; Related Foreclosure CDM #00844, 17 CH 1585; Trustee: Glenn Stearns; Property: 2717 Elizabeth Ave., Zion, IL 60099

| Date | Billed By | Description of Expense Incurred | Hours | Billing Rate | Total |
|---|---|---|---|---|---|
| 12/02/2019 | JBD | Email correspondence with client and debtor's counsel regarding post-petition payments. | 0.20 | $350.00 | $70.00 |
| 12/10/2019 | SLM | Prepared proof of claim attachment. | 1.30 | $350.00 | $455.00 |
| 12/10/2019 | SLM | Reviewed payment history for proof of claim attachment. | 0.80 | $350.00 | $280.00 |
| 12/12/2019 | JBD | Reviewed proof of claim with client via phone, prior foreclosure file, and amended and restated note and mortgage regarding prior attorney fees and costs. | 0.80 | $350.00 | $280.00 |
| 12/13/2019 | SLM | Filed proof of claim; Drafted and filed objection to confirmation of proposed plan. | 0.80 | $350.00 | $280.00 |
| 12/23/2019 | JBD | Received and reviewed trustee motion to dismiss. Emailed copy to client and docketed hearing date. | 0.20 | $350.00 | $70.00 |

|  |  |
|---|---|
| Subtotal | $1,435.00 |
| Total | $1,435.00 |
| Payment (01/21/2020) | -$1,435.00 |
| **Balance Owing** | **$0.00** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 11497 | 07/01/2020 | $880.00 | $0.00 | $880.00 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|

**EXHIBIT C**

| | | | | |
|---|---|---|---|---|
| 10711 | 01/01/2020 | $1,435.00 | $1,435.00 | $0.00 |

| | |
|---|---|
| **Outstanding Balance** | **$880.00** |
| **Amount in Trust** | **$0.00** |
| **Total Amount Outstanding** | **$880.00** |

Please make all amounts payable to: Cohen Dovitz Makowka, LLC

**EXHIBIT C**



10729 W. 159th Street
Orland Park, IL 60467
Phone: (708) 460-7711
Fax: (847) 807-3777
Email: info@cdm.legal

Invoice # 10873
Date: 02/01/2020
Due Upon Receipt

Dimon Homes, LLC
218 N. County St.
Waukegan, IL 60085

**03451-Dimon Homes, LLC**
Ch 13 BK; DIMON HOMES, LLC; Debtors: Tortorello, Vincent; 19 B 30367; Related Foreclosure CDM #00844, 17 CH 1585; Trustee: Glenn Stearns; Property: 2717 Elizabeth Ave., Zion, IL 60099

| Date | Billed By | Description of Expense Incurred | Hours | Billing Rate | Total |
|---|---|---|---|---|---|
| 01/02/2020 | AKR | Bankruptcy - Review of Plan: Review of Amended Chapter 13 Plan filed on 1/2/2020 | 0.20 | $50.00 | $10.00 |
| 01/02/2020 | AKR | Updated Objection to Confirmation to reflect the January 2, 2020 Amended Plan | 0.30 | $275.00 | $82.50 |
| 01/03/2020 | AKR | Finalized objection to Amended Plan and electronically filed same | 0.20 | $275.00 | $55.00 |
| 01/10/2020 | JBD | Appeared in court for continued confirmation hearing, Dimon's objection to confirmation, and trustee's motion to dismiss. Case continued to 1/31/20 at 11am for continued confirmation, trustee motion to dismiss, and Dimon's objection to confirmation. Debtor to file 2nd amended plan. | 1.00 | $350.00 | $350.00 |
| 01/10/2020 | JBD | Email correspondence to client with court results and detailing objection to debtor's plan. | 0.40 | $350.00 | $140.00 |
| 01/22/2020 | JBD | Reviewed amended plan and schedules filed by debtor. Email correspondence with client regarding same. | 0.60 | $350.00 | $210.00 |
| 01/30/2020 | AKR | Drafted and filed Notice of Withdrawal of Objection to Confirmation | 0.30 | $275.00 | $82.50 |

|  |  |
|---|---|
| Subtotal | $930.00 |
| Total | $930.00 |
| Payment (02/19/2020) | -$930.00 |
| **Balance Owing** | **$0.00** |

## Detailed Statement of Account

#### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 11497 | 07/01/2020 | $880.00 | $0.00 | $880.00 |

Page 1 of 2



**EXHIBIT C**

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 10873 | 02/01/2020 | $930.00 | $930.00 | $0.00 |
| | | | **Outstanding Balance** | **$880.00** |
| | | | **Amount in Trust** | **$0.00** |
| | | | **Total Amount Outstanding** | **$880.00** |

Please make all amounts payable to: Cohen Dovitz Makowka, LLC

**EXHIBIT C**



10729 W. 159th Street
Orland Park, IL 60467
Phone: (708) 460-7711
Fax: (847) 807-3777
Email: info@cdm.legal

Invoice # 11346
Date: 05/01/2020
Due Upon Receipt

Dimon Homes, LLC
218 N. County St.
Waukegan, IL 60085

**03451-Dimon Homes, LLC**
Ch 13 BK; DIMON HOMES, LLC; Debtors: Tortorello, Vincent; 19 B 30367; Related Foreclosure CDM #00844, 17 CH 1585; Trustee: Glenn Stearns; Property: 2717 Elizabeth Ave., Zion, IL 60099

| Date | Billed By | Description of Expense Incurred | Hours | Billing Rate | Total |
|---|---|---|---|---|---|
| 02/03/2020 | JBD | Phone call with Tim Peres and Sandy Makowka regarding application of payments before and after bankruptcy filing. Discussed application of pre and post-petition to client's general ledger and application of arreage payments to be made by the trustee. | 1.00 | $350.00 | $350.00 |
| 02/03/2020 | SLM | Phone call with Tim Peres and Jeff Dovitz regarding application of payments before and after bankruptcy filing. Discussed application of pre and post-petition to client's general ledger and application of arreage payments to be made by the trustee. | 1.00 | $350.00 | $350.00 |
| 02/06/2020 | SLM | Reviewed client's payment ledger; Prepared updated proof of claim worksheet and amended claim; Filed Amended Proof of Claim and Claim Attachment; Prepared payment history with post-petition insurance expenses incurred and payments received. | 2.50 | $350.00 | $875.00 |
| 02/06/2020 | SLM | Prepared Notice of Post-Petition Fees. | 0.30 | $350.00 | $105.00 |
| 02/07/2020 | SLM | Received and responded to email from client regarding discrepancies between client figures and POC. | 0.40 | $350.00 | $140.00 |
| 02/12/2020 | SLM | Prepared and Filed Notice of Filing Notice of Post-Petition Fees. | 0.20 | $350.00 | $70.00 |
| 02/14/2020 | SLM | Call with client regarding application of post-petition payments and discrepancies in accounting due to prior bankruptcy filing and arrearage. | 0.50 | $350.00 | $175.00 |

|  |  |
|---|---|
| **Subtotal** | **$2,065.00** |
| **Total** | **$2,065.00** |
| **Payment (06/19/2020)** | **-$2,065.00** |
| **Balance Owing** | **$0.00** |

## Detailed Statement of Account

**Other Invoices**

**EXHIBIT C**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 11497 | 07/01/2020 | $880.00 | $0.00 | $880.00 |

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 11346 | 05/01/2020 | $2,065.00 | $2,065.00 | $0.00 |

|  |  |
|---|---|
| **Outstanding Balance** | **$880.00** |
| **Amount in Trust** | **$0.00** |
| **Total Amount Outstanding** | **$880.00** |

Please make all amounts payable to: Cohen Dovitz Makowka, LLC

**EXHIBIT C**