UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  19-30367 |
| Vincent A. Tortorello, | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | Lake County |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING MOTION FOR DETERMINATION OF FEES AND EXPENSES**

This matter coming before the court on the debtor's motion styled "Objection to Notice of Postpetition Mortgage, Fees, Expenses, and Charges," due notice having been given, the court having considered the parties' memoranda and being fully advised in the premises, for the reasons stated on the record IT IS HEREBY ORDERED:

The motion is construed n as one under Rule 3002.1(e) to determine fees and expenses and is granted. The fees and expenses sought by Dimon Homes are determined to be $5,550 rather than the $7,780 in the notices.

Enter:  *[signature]*

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:  October 09, 2020

**Prepared by:**