UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

Vincent A. Tortorello

      Debtor.

Case No. 19-30367

Judge A. Benjamin Goldgar

NOTICE OF FILING

NOTICE IS HEREBY GIVEN that on June 19, 2020, I caused to be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, a Notice of Post-Petition Mortgage Fees, Expenses, and Charges, a copy of which is attached and hereby served upon you.

CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice and Notice of Post-Petition Mortgage Fees, Expenses, and Charges upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on June 19, 2020, and as to the Debtor by causing same to be mailed in the properly addresses envelope, postage prepaid from 10729 W. 159th Street, Orland Park, IL 60467 before the hour of 5:00 p.m. on June 19, 2020.

VIA U.S. MAIL:
Vincent A. Tortorello, 2717 Elizabeth Avenue, Zion, IL 60099

VIA ELECTRONIC NOTICE THROUGH ECF:
David M. Siegel, Attorney for Vincent A. Tortorello

Glenn B. Stearns, Trustee

Patrick S. Layng, U.S. Trustee

                                            /s/Ashley K. Rasmussen

Cohen Dovitz Makowka, LLC
Ashley K. Rasmussen
Attorney No. 6308095
10729 West 159th Street
Orland Park, Il 60467
(708) 460-7711
bankruptcy@cdm.legal

**Fill in this information to identify the case:**

Debtor 1 _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____

Case number _____

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** _____  **Court claim no**. (if known): _____

**Last 4 digits** of any number you use to identify the debtor's account:  ____  ____  ____  ____

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

❑ No
❑ Yes. Date of the last notice: _____

### Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | _____ | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | _____ | (2) | $ _____ |
| 3. Attorney fees | _____ | (3) | $ _____ |
| 4. Filing fees and court costs | _____ | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | _____ | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | _____ | (6) | $ _____ |
| 7. Property inspection fees | _____ | (7) | $ _____ |
| 8. Tax advances (non-escrow) | _____ | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | _____ | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | _____ | (10) | $ _____ |
| 11. Other. Specify:_____ | _____ | (11) | $ _____ |
| 12. Other. Specify:_____ | _____ | (12) | $ _____ |
| 13. Other. Specify:_____ | _____ | (13) | $ _____ |
| 14. Other. Specify:_____ | _____ | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 _____    Case number (*if known*) _____
         First Name     Middle Name     Last Name

**Part 2:**  **Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❏ I am the creditor.

❏ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ _____     Date _____
   Signature

Print: _____     Title _____
      First Name     Middle Name     Last Name

Company _____

Address _____
      Number     Street
_____
      City     State     ZIP Code

Contact phone _____     Email bankruptcy@cdm.legal